**Romania Trade and Invest**



## Romanian Exporters - *Company Profiles* 2012

### C.N. ROMARM SA

| | |
|---|---|
| Address: | Bd.Timisoara nr.5B, Sector 6 |
| City: | Bucuresti |
| County: | BUCURESTI |
| Phone: | 0040 21 3171971; 3171983 |
| Fax: | 0040 21 3171984; 3171972 |
| E-mail: | marketing@romarm.ro; office@romarm.ro |
| Web site: | www.romarm.ro |
| Contact person: | Girbacea Ion – General Manager |
| Fiscal code: | 13554423 |
| Year of establishment: | 2000 |
| Quality Standards, Licenses/Certifications: | ISO 9000/2001 and perform:<br>- Research & Development;<br>- Integration & Testing;<br>- Production, Upgrading & Overhauling;<br>- Integrated Logistic Support. |
| Type of activity: | Manufacturer; Exporter |
| Field of activity: | Manufacture of weapons and ammunition |
| Short description: | The Romanian National Company ROMARM S.A. is a modern holding structure with 100% Romanian state own capital, under the authority of Ministry of Industry and Resources. With a long tradition in the Defence Industry, materialized in an experience of over 75 years in military production, the National Company ROMARM S.A. is also a new, flexible company adapted to the free market economy rules and demands.<br>The company comprises: 15 factories. These are situated out of Bucharest, in industrial strong developed areas with specialized employees, able to manufacture and to design modernized products and to propose a wide new range of products adapted to the market demands.<br>The National Company ROMARM S.A. is the main Romanian supplier for defence technique and is well known all over the world, representing a constant presence on over 50 markets in countries from Europe, North America, South America, Asia and Africa.<br>In the past, our company products were available, according to the Romanian legislation from that period, only through the Ministry of National Defence. Now, the National Company ROMARM S.A., under the direct authority of the Ministry of Economy, is enabled to export directly its military technique products. Our high quality equipment, already known on the international markets are now available to our clients, directly from the producer, at attractive prices with negotiation facilities of the contract terms, in conditions of mutual advantage.<br>The National Company ROMARM S.A. products have been manufactured according to the Warsaw Treat; now there is a strong concerning to assimilate new products according with NATO standards. For its traded products, our company ensures services and provides spare parts all over the functioning period of the equipments, in accordance with our clients demands.<br>All the factories within the National Company ROMARM S.A. already implemented the quality assurance system according to the international standards ISO 9000 series requirements and perform:<br>- Research & Development<br>- Integration & Testing<br>- Production, Upgrading & Overhauling<br>- Integrated Logistic Support<br>The National Company ROMARM S.A. according to the Romanian legislation and it's own chartered can establish joint-venture and other forms of co-operation in production and trade with interested foreign companies aiming to satisfy all our clients demands. |
| | C.N. ROMARM S.A. as a national company for military technique is one of the largest suppliers for the Romanian Ministry of Defence, providing the following main products:<br>1. Armoured vehicles on wheels and on tracks:<br>- modernized Romanian main battle tank - TR 85M1<br>- armoured personnel carriers (4x4, 6x6, 8x8)<br>- other specialized military vehicles<br>2. Infantry weapons and ammunition:<br>a) Infantry weapons:<br>- pistols, semiautomatic guns, submachine–guns, machine–guns (from 5.45 mm to 14.5 mm, "East" and from 5.56 mm to 12.7 mm. "NATO" calibers), grenade launchers<br>b) Infantry weapons:<br>- "East" calibers from 5.45 mm to 14.5 mm and "NATO" calibers from 5.56 mm to 12.7 mm<br>3. Artillery systems:<br>- cannons and mortars from 23 mm to 152 mm caliber: anti–tank cannons, howitzers, |

| | |
|---|---|
| Export offer: | field cannons, air-defence cannons, aviation cannons, mortars<br>- artillery ammunition: from 23 mm to 152 mm<br>4. Missiles systems and rockets:<br>a) Missile systems:<br>- air-defence (very short range, self propelled and man-portable), air to air (short range), anti-tank (manually and semiautomatic guided)<br>b) Rockets:<br>- air to ground, ground to ground, anti-tank<br>5. Powders, explosives and propergols.<br>C.N. ROMARM S.A. – ensures:<br>- quality products at competitive prices<br>- prompt deliveries<br>- total confidentiality<br>- technical assistance and service<br>- guaranteed providing of spare parts<br>- repairing and modernization works on client's site<br>- favorable financial agreements |

Romania Trade and Invest
Centrul Român pentru Promovarea Comerțului și Investițiilor Străine (CRPCIS)
17 Apolodor Street, Bucharest 5, Romania • Phone: +40 21 318 50 50 • Fax: +40 21 311 14 91
office@romtradeinvest.ro • www.romtradeinvest.ro