# EXHIBIT A



# Court Cases Online

Case Search for Person: WILLIAMS, NORMAN

**Click here to view search criteria**

Search retrieved 87 cases in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

**Quick Links**

Terms
Users Guide
FAQs
DC Courts Home

### 2011 CA 002349 B: WILLIAMS, NORMAN, et al. Vs. FEG ( FEGYVER-ES GEPGYAR), et al.

| | | | |
|---|---|---|---|
| Case Type: | Civil II | File Date: | 03/28/2011 |
| Status: | Open | Status Date: | 03/28/2011 |
| Disposition: | Undisposed | Disposition Date: | |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| WILLIAMS, NORMAN | H., J. | PLAINTIFF | WEMHOFF, Mr DANIEL M |
| HOWE, DIANE | H., J. | PLAINTIFF | WEMHOFF, Mr DANIEL M |
| JEFFERIES, NARDYNE | J., B. B., D. J., W. | PLAINTIFF | WEMHOFF, Mr DANIEL M |
| WILLIAMS, NORMAN | | PLAINTIFF | WEMHOFF, Mr DANIEL M |
| HOWE, DIANE | | PLAINTIFF | WEMHOFF, Mr DANIEL M |
| JEFFERIES, NARDYNE | | PLAINTIFF | WEMHOFF, Mr DANIEL M |
| FEG ( FEGYVER-ES GEPGYAR) | | Defendant | |
| ROMARM | | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 12/09/2011 | 10:00 AM | Scheduling Conference Hearing |

| Docket Date | Description | Messages |
|---|---|---|
| 10/04/2011 | Returned Mail: | Returned: Scheduling Conference Issued on: July 11, 2011<br>Notice Mailed to: FEG Address: Manufacturer and Assember, Budapest, HN<br>Notice Returned to Court on: September 26, 2011<br>Reason: Return to sender Unable to forward |
| 09/01/2011 | Miscellaneous Docket | Alias Summons issued on<br>ROMARM (Defendant); |
| 08/30/2011 | Amended Complaint Filed | Amended Complaint Filed<br>Attorney: WEMHOFF, Mr DANIEL M (420233)<br>NORMAN WILLIAMS (PLAINTIFF); DIANE HOWE (PLAINTIFF); |

| Docket Date | Description | Messages |
|---|---|---|
| 08/23/2011 | Praecipe Filed: | Praecipe Filed. Submittd. 08/23/2011 23:24. ars. <br> Attorney: WEMHOFF, Mr DANIEL M (420233) <br> NORMAN WILLIAMS (PLAINTIFF); |
| 07/08/2011 | Event Resulted: | Event Resulted: <br> The following event: Initial Scheduling Conference-60 scheduled for 07/08/2011 at 9:30 am has been resulted as follows: <br><br> Result: Scheduling Conference Hearing Continued <br> Court Smart (Courtroom A-49). Plaintiff Present Only. Scheduling Conference continued to 12/9/2011 @ 10:00am. Court allotted time for Plaintiff to provide service. S.D/J.E <br> Judge: EDELMAN, TODD E Location: Courtroom A-49 <br> Mr DANIEL M WEMHOFF (Attorney) on behalf of NORMAN WILLIAMS (PLAINTIFF) <br> Participant(s): Judge TODD E EDELMAN |
| 07/08/2011 | Event Scheduled | Event Scheduled <br> Event: Scheduling Conference Hearing <br> Date: 12/09/2011 Time: 10:00 am <br> Judge: EDELMAN, TODD E Location: Courtroom A-49 |
| 07/08/2011 | Notice of Hearing Mailed Next Business Day | Notice of Hearing Mailed Next Business Day <br><br> Notice Of Hearing <br> Sent on: 07/08/2011 11:56:09.29 |
| 04/22/2011 | Amended Complaint Filed | Amended Complaint Filed. submitted 04/22/2011 17:36. ms <br> Attorney: WEMHOFF, Mr DANIEL M (420233) <br> NORMAN WILLIAMS (PLAINTIFF); DIANE HOWE (PLAINTIFF); |
| 03/28/2011 | Event Scheduled | Event Scheduled <br> Event: Initial Scheduling Conference-60 <br> Date: 07/08/2011 Time: 9:30 am <br> Judge: EDELMAN, TODD E Location: Courtroom B-52 |
| 03/28/2011 | Complaint for Wrongful Death Filed | Complaint for Wrongful Death Filed Receipt: 191252 Date: 03/28/2011 |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 191252 | 03/28/2011 | WEMHOFF, Mr DANIEL M | Check | $120.00 | Cost | $120.00 | $120.00 |

| | | |
|---|---|---|
| District of Columbia Courts <br> (202) 879-1010 <br> TTY TDD Directory | Telephone Directory by Topic \| Site Map \| D.C. Government Web Site | Moultrie Courthouse <br> 500 Indiana Ave., N.W. Washington, D.C. 20001 |
| | Feedback \| Accessibility \| Privacy & Security \| Terms & Conditions | |