# EXHIBIT C

CLOSED,JURY,TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01924-ABJ

| | |
|---|---|
| WILLIAMS v. DOES COMPANY DISTRIBUTOR, et al | Date Filed: 11/01/2011 |
| Assigned to: Judge Amy Berman Jackson | Date Terminated: 04/03/2012 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Case in other court: Superior Court for DC, 11ca2349 B | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**NORMAN WILLIAMS**
*Individually, and as legal representative*

represented by **Daniel M Wemhoff**
LAW OFFICES OF DANIEL WEMHOFF
4600 S. Four Mile Run Drive
Suite 831
Arlington, VA 22204
(703) 589-2199
Email: danwem@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FEG**
*TERMINATED: 11/02/2011*

**Defendant**

**DOES COMPANY DISTRIBUTOR**

**Defendant**

**ROMARM**

represented by **James Wallace Porter , III**
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Suite 1350
Washington, DC 20036
(202) 719-8232
Fax: (202) 719-8332
Email: jporter@babc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Weitzner**

10/9/2014
Case 8:14-cv-03124-TDC   Document 9-5   Filed 10/10/14   Page 3 of 5
District of Columbia live database

COOPER & KIRK PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
(202) 220-9669
Fax: (202) 220-9601
Email: mweitzner@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony M. Pisciotti**
PISCIOTTI, MALSCH & BUCKLEY, P.C.
30 Columbia Turnpike
Florham Park, NJ 07932
(973) 245-8100
Fax: (973) 245-8101
Email: apisciotti@pmblegalfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Martin Malsch**
PISCIOTTI, MALSCH & BUCKLEY, P.C.
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601
(914) 287-7711
Fax: (914) 287-7715
Email: jmalsch@pmblegalfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2011 | 1 | NOTICE OF REMOVAL by ROMARM from Superior Court for the District of Columbia, case number 11ca2349. (Filing fee $ 350, receipt number 4616043409) filed by ROMARM. (Attachments: # 1 Exhibit A thru E, # 2 Civil Cover Sheet)(jf, ) (Entered: 11/02/2011) |
| 11/01/2011 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by ROMARM (jf, ) (Entered: 11/02/2011) |
| 11/04/2011 | 3 | Receipt on 11/04/2011 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 11ca2349. (Attachments: # 1 Superior Court Documents)(jf, ) Certain documents received illegible. (ztnr, ) (Entered: 11/07/2011) |
| 11/08/2011 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Anthony Pisciotti, :Firm- Pisciotti, Malsch & Buckley, P.C., :Address- 30 Columbia Turnpike, Florham Park, New Jersey, 07932. Phone No. - 973-245-8100. Fax No. - 973-245-8101 by ROMARM (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) |

| | | |
|---|---|---|
| | | (Weitzner, Michael) (Entered: 11/08/2011) |
| 11/08/2011 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jeffrey Malsch, :Firm- Pisciotti, Malsch & Buckley, P.C., :Address- 445 Hamilton Avenue, Suite 1102. Phone No. - 914-287-7711. Fax No. - 914-287-7715 by ROMARM (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Weitzner, Michael) (Entered: 11/08/2011) |
| 11/08/2011 | 6 | ANSWER to Complaint with Jury Demand by ROMARM.(Weitzner, Michael) (Entered: 11/08/2011) |
| 11/09/2011 | | MINUTE ORDER granting 4 Motion for Leave of Anthony M. Pisciotti to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Signed by Judge Amy Berman Jackson on 11/9/2011. (MT) (Entered: 11/09/2011) |
| 11/09/2011 | | MINUTE ORDER granting 5 Motion for Leave of Jeffrey M. Malsch to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Signed by Judge Amy Berman Jackson on 11/9/2011. (MT) (Entered: 11/09/2011) |
| 11/10/2011 | 7 | NOTICE of Appearance by James Wallace Porter, III on behalf of ROMARM (Porter, James) (Entered: 11/10/2011) |
| 12/28/2011 | 8 | MOTION to Dismiss *for Lack of Personal Jurisdiction and for Lack of Subject Matter Jurisdiction, Points and Authorities, and Certificate of Service* by ROMARM (Attachments: # 1 Exhibit A - Affidavit of Vasile Marius Crisan 12/6/2011, # 2 Text of Proposed Order)(Pisciotti, Anthony) (Entered: 12/28/2011) |
| 01/15/2012 | 9 | Memorandum in opposition to re 8 MOTION to Dismiss *for Lack of Personal Jurisdiction and for Lack of Subject Matter Jurisdiction, Points and Authorities, and Certificate of Service* filed by NORMAN WILLIAMS. (Wemhoff, Daniel) (Entered: 01/15/2012) |
| 01/23/2012 | 10 | REPLY to opposition to motion re 8 MOTION to Dismiss *for Lack of Personal Jurisdiction and for Lack of Subject Matter Jurisdiction, Points and Authorities, and Certificate of Service* filed by ROMARM. (Pisciotti, Anthony) (Entered: 01/23/2012) |
| 03/26/2012 | 11 | NOTICE of Voluntary Dismissal by NORMAN WILLIAMS (Wemhoff, Daniel) (Entered: 03/26/2012) |
| 04/02/2012 | | MINUTE ORDER denying 8 Motion to Dismiss as moot in light of the Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, this case is dismissed without prejudice. Signed by Judge Amy Berman Jackson on 4/2/2012. (lcabj2) (Entered: 04/02/2012) |
| 04/06/2012 | 12 | WITHDRAWN PURSUANT TO 15 STIPULATION FILED ON 04/23/2012.....MOTION to Strike 11 Notice of Voluntary Dismissal, for Attorney Fees *and to Reinstate the Complaint, Points and Authorities, and Certificate of* |

| | | |
|---|---|---|
| | | *Service by ROMARM (Attachments: # 1 Exhibit A - Docket Sheet, # 2 Exhibit B - Plaintiffs' Second Summons & Complaint (Civil Action No. 1:12-cv-00436) 3/20/12, # 3 Exhibit C - Notice of a Lawsuit (Civil Action No. 1:12-cv-00436) 3/13/12, # 4 Exhibit D - Motion to Dismiss Plaintiffs' Complaint (Civil Action No. 1:12-cv-00436) 4/6/12, # 5 Text of Proposed Order)(Pisciotti, Anthony). Added MOTION for Attorney Fees on 4/17/2012 (jf, ). Modified on 4/24/2012 (jf, ). (Entered: 04/06/2012)* |
| 04/15/2012 | 13 | RESPONSE re 12 MOTION to Strike 11 Notice of Voluntary Dismissal *and to Reinstate the Complaint, Points and Authorities, and Certificate of Service* MOTION to Strike 11 Notice of Voluntary Dismissal *and to Reinstate the Complaint, Points and Authorities, and Certificate of Service* MOTION to Strike 11 Notice of Voluntary Dismissal *and to Reinstate the Complaint, Points and Authorities, and Certificate of Service Pisciotti, Malsch &Buckley, p.c.* filed by NORMAN WILLIAMS. (Wemhoff, Daniel) (Entered: 04/15/2012) |
| 04/15/2012 | 14 | WITHDRAWN PURSUANT TO 15 STIPULATION FILED ON 04/23/2012.....MOTION for Sanctions by NORMAN WILLIAMS. (See Docket Entry 13 to view document) (jf, ) Modified on 4/24/2012 (jf, ). (Entered: 04/17/2012) |
| 04/23/2012 | 15 | STIPULATION *Withdrawing Defendant's Motion to Strike Plaintiffs Notice of Voluntary Dismissal and to Reinstate the Complaint (Dkt. No. 12) and Withdrawing Plaintiffs' Motion for Sanctions (Dkt. No. 14)* by ROMARM. (Malsch, Jeffrey) (Entered: 04/23/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/09/2014 18:48:44 | | | |
| **PACER Login:** | pm2003:3014811:0 | **Client Code:** | 450.25 |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-01924-ABJ |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |