# EXHIBIT D

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of **Columbia**

NORMAN WILLIAMS + DIANE HOWE
AS LEGAL REPRESENTATIVE
OF J-H.
*Plaintiff*

v.

ROMARM S.A.
*Defendant* ET AL.

Case: 1:12-cv-00436
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/20/2012
Description: PI/Malpractice

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ROMARM S.A. ATT: VASILE MARIUS CRISAN
6 TIMISOARA BLVD. No. 5B, DISTRICT 6
BUCHARIST, ROMANIA BY + THROUGH
ANTHONY PISCIOTTI + JAMES W. PORTER III

c/o ANTHONY PISCIOTTI
PISCIOTTI, MALSCH +
BUCKLEY, P.C.
30 Columbia TPKE,
SUITE 103
FLORHAM PARK, NJ.
07932

A lawsuit has been filed against you.

Within (21) days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANIEL WEMHOFF, ESQ
4600 S. FOUR MILE RUN #831
ARLINGTON, VA 22204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/20/2012

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

NORMAN WILLIAMS and
DIANE HOWE as Legal Representative
Of J.H.
3935 9th Street NE
Washington, DC 200176

            Plaintiffs,

      v.

ROMARM, S.A. and DOES COMPANY
DISTRIBUTORS,
Att: Vasile Marius CRISAN, 6 Timisoara Blvd.
No. 5B, District 6
Bucharist, Romania,

By and Through Attorneys: Anthony Pisciotti
PISCIOTTI, MALSCH & BUCKLEY, P.C.
30 Columbia Turnpike, Suite 103
Florham Park, NJ 07932
And
James W. Porter, III
HASKELL, SLAUGHTER, YOUNG
& REDIKER, LLC
1100 New York Ave. NW, Suite 750 W
Washington, DC 20005

           Defendants.

Case: 1:12-cv-00436
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/20/2012
Description: PI/Malpractice

## COMPLAINT

1. This action for the wrongful death of J.H. is brought by Plaintiffs, Norman Williams and Diane Howe, as Legal Representatives of their son J.H;

2. Personal jurisdiction is established through District of Columbia Code, Sec. 13-423(a)(3), in that acts of the defendants caused tortious injury and death in the District of Columbia (District) on March 22, 2010, when one of its assault weapons, a ROMARM, was used to kill J.H. in the District;

3. Moreover, this case is brought under D.C. Code Sec. 16-2701, its Wrongful Death statute, and under Sec. 12-101, its Survival Act, and is based on the District's Assault Weapons Manufacturing

Strict Liability Act of 1990 through D.C. Code Secs., 7-2551.01(1)(A) et al., and 7-2551.02 (SLA), that under this Act, regardless of fault, or proof of defect, that a manufacturer, importer, or dealer of an assault weapon shall be held strictly liable in tort;

4. Plaintiffs also allege that defendants were grossly negligent by allowing its assault weapon to be transported to the District where all such weapons are prohibited and are denied licensure;

5. Plaintiffs further allege that the circulation of its weapon in the District created a public nuisance considering the potential of assault weapons to maim or kill if in the hands of the criminal element;

6. Subject matter jurisdiction in this court is founded on the Foreign Sovereign Immunity Act (FSIA) (28 U.S.C. Sec. 1605(a)(2), which is an exception to immunity based on the commercial activity of a state entity occurring within the United States, with which ROMARM, S.A. officials agree that it supplies weapons to the United States for "civil use"; See Exh. A (G.M. Statement)

7. Defendant, ROMARM, S.A., and its defendant distributors, could reasonably anticipate that by engaging in the sale and transportation of dangerous weapons overseas that these weapons may land in the hands of criminals who may use the weapons for what they were intended for, that is to kill and maim innocent human beings;

8. Plaintiffs seek damages in the amount of Five Million Dollars ($5M) for the loss of their child, J.H. to defendants' weapon.

Daniel Wemhoff, Esq. #420233
On Behalf of Plaintiffs Norman Williams and
Diane Howe
4600 S. Four Mile Run Dr. #831
Arlington, VA 22204
(703) 589-2199



Anthony Pisciotti, Esq
Pisciotti, Malsch & Buckley, P.C.
30 Columbia Tpke, Suite 103
Florham Park, N.J. 07932

4600 S. 4 Mile Run
 - 22204
#831