# EXHIBIT E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00436-EGS

WILLIAMS et al v. ROMARM, S.A. et al
Assigned to: Judge Emmet G. Sullivan
Demand: $5,000,000
Case in other court: 13-07022
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 03/20/2012
Date Terminated: 02/05/2013
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**NORMAN WILLIAMS**　　　　　represented by **Daniel M Wemhoff**
LAW OFFICES OF DANIEL WEMHOFF
4600 S. Four Mile Run Drive
Suite 831
Arlington, VA 22204
(703) 589-2199
Email: danwem@yahoo.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DIANE HOWE**
*as Legal Representative of J.H.*　　　　represented by **Daniel M Wemhoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ROMARM, S.A.**　　　　　represented by **Anthony M. Pisciotti**
PISCIOTTI, MALSCH & BUCKLEY, P.C.
30 Columbia Turnpike
Florham Park, NJ 07932
(973) 245-8100
Fax: (973) 245-8101
Email: apisciotti@pmblegalfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wallace Porter , III**
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Suite 1350

Washington, DC 20036
(202) 719-8232
Fax: (202) 719-8332
Email: jporter@babc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Michael Pisciotti**
30 Columbia Turnpike
Florham Park, NJ 07932
(973)245-8100
Fax: (973) 245-8101
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Martin Malsch**
PISCIOTTI, MALSCH & BUCKLEY, P.C.
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601
(914) 287-7711
Fax: (914) 287-7715
Email: jmalsch@pmblegalfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES COMPANY DISTRIBUTORS**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2012 | 1 | COMPLAINT against DOES COMPANY DISTRIBUTORS, ROMARM, S.A. ( Filing fee $ 350, receipt number 4616046925) filed by NORMAN WILLIAMS, DIANE HOWE. (Attachments: # 1 Civil Cover Sheet)(dr) (Attachment 1 replaced on 3/21/2012) (Entered: 03/21/2012) |
| 03/20/2012 |  | Summons (1) Issued as to ROMARM, S.A.. (dr) (Entered: 03/21/2012) |
| 04/06/2012 | 2 | WITHDRAWN PURSUANT TO THE MINUTE ORDER ENTERED 4/23/12 MOTION to Dismiss by ROMARM, S.A. (Attachments: # 1 Exhibit Plaintiffs' First Complaint, # 2 Exhibit Notice of Removal, # 3 Exhibit Docket Sheet, # 4 Exhibit Answer, # 5 Exhibit Motion to Dismiss, # 6 Exhibit Motion to Dismiss - Opposition and Reply, # 7 Exhibit Praecipe, # 8 Exhibit Plaintiffs' Second Complaint, # 9 Exhibit Notice of Lawsuit, # 10 Text of Proposed Order Proposed Order)(Porter, James) Modified on 4/24/2012 (clv, ). (Entered: 04/06/2012) |
| 04/23/2012 | 3 | STIPULATION *Withdrawing Defendant's Motion to Dismiss Based on Prior Pending Action Doctrine, Specifically Preserving All Other Defenses; Defendant Will File an Amended Motion to Dismiss on or Before May 14, 2012* by ROMARM, S.A.. (Porter, James) (Entered: 04/23/2012) |

| | | |
|---|---|---|
| 04/23/2012 | | MINUTE ORDER. Upon consideration of 3 stipulation regarding the withdrawal of 2 defendant Romarm S.A.'s Motion to Dismiss, the parties are directed to comply with the following briefing schedule: defendant Romarm S.A.'s amended motion to dismiss shall be filed by no later than May 14, 2012. Plaintiff's response to the amended motion to dismiss shall be filed by no later than May 28, 2012. Defendant Romarm S.A.'s reply shall be filed by no later than June 4, 2012. It is FURTHER ORDERED that 2 defendant Romarm S.A.'s first Motion to Dismiss is hereby deemed withdrawn. Signed by Judge Emmet G. Sullivan on April 23, 2012. (lcegs2) (Entered: 04/23/2012) |
| 04/24/2012 | | Set/Reset Deadlines: Dispositive Motions due by 5/14/2012. Response to Dispositive Motions due by 5/28/2012. Reply to Dispositive Motions due by 6/4/2012. (clv, ) (Entered: 04/24/2012) |
| 05/08/2012 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Anthony Michael Pisciotti, :Firm- Pisciotti, Malsch & Buckley, P.C., :Address- 30 Columbia Turnpike, Florham Park, New Jersey 07932. Phone No. - (973) 245-8100. Fax No. - (973) 245-8101 by ROMARM, S.A. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Porter, James) (Entered: 05/08/2012) |
| 05/08/2012 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jeffrey M. Malsch, :Firm- Pisciotti, Malsch & Buckley, P.C., :Address- 445 Hamilton Avenue, Suite 1102, White Plains, New York 10601. Phone No. - (914) 287-7711. Fax No. - (914) 287-7715 by ROMARM, S.A. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Porter, James) (Entered: 05/08/2012) |
| 05/08/2012 | | MINUTE ORDER granting 4 Motion for Leave to Appear Pro Hac Vice. Anthony Pisciotti is hereby admitted pro hac vice in this action. Signed by Judge Emmet G. Sullivan on May 8, 2012. (lcegs2) (Entered: 05/08/2012) |
| 05/08/2012 | | MINUTE ORDER granting 5 Motion for Leave to Appear Pro Hac Vice. Jeffrey Malsch is hereby admitted pro hac vice in this action. Signed by Judge Emmet G. Sullivan on May 8, 2012. (lcegs2) (Entered: 05/08/2012) |
| 05/14/2012 | 6 | Amended MOTION to Dismiss by ROMARM, S.A. (Attachments: # 1 Exhibit A - Crisan Affidavit 12/6/2011, # 2 Exhibit B - Amendment to D.C. Code Section 16-2702 3/30/2012, # 3 Text of Proposed Order)(Pisciotti, Anthony) . (Entered: 05/14/2012) |
| 05/24/2012 | 7 | ENTERED IN ERROR..... MOTION for Extension of Time to File Response/Reply by NORMAN WILLIAMS (Attachments: # 1 Memorandum in Support, # 2 Memorandum in Support, # 3 Memorandum in Support, # 4 Memorandum in Support, # 5 Memorandum in Support)(Wemhoff, Daniel) Modified on 5/25/2012 (znmw, ). (Entered: 05/24/2012) |
| 05/25/2012 | | NOTICE OF ERROR re 7 Motion for Extension of Time to File Response/Reply; emailed to danwem@yahoo.com, cc'd 3 associated attorneys -- The PDF file you docketed contained errors: 1. In future, select both plaintiffs as filers. (znmw, ) (Entered: 05/25/2012) |
| 05/25/2012 | | NOTICE OF ERROR re 7 Motion for Extension of Time to File Response/Reply; emailed to danwem@yahoo.com, cc'd 3 associated attorneys -- The PDF file you docketed contained errors: 1. Document incomplete/illegible, 2. Please refile |

| | | |
|---|---|---|
| | | document, 3. Entered in error; Document incomplete or out of order; Please review motion and refile. (znmw, ) (Entered: 05/25/2012) |
| 06/01/2012 | 8 | NOTICE of Appearance by Jeffrey Martin Malsch on behalf of ROMARM, S.A. (ztnr, ) (Entered: 06/05/2012) |
| 06/01/2012 | 9 | MOTION for Leave to Proceed in forma pauperis by NORMAN WILLIAMS (td, ) (Entered: 06/05/2012) |
| 06/05/2012 | | MINUTE ORDER. The Court is in receipt of plaintiff Norman Williams' motion for leave to proceed in forma pauperis. The Court notes, however, that Mr. Williams is currently represented by counsel, Daniel Wemhoff. Accordingly, counsel for plaintiff is directed to file a response with the Court by no later than Friday, June 8, 2012, explaining what effect, if any, the motion for leave to proceed in forma pauperis has on his role as Mr. Williams' counsel. Signed by Judge Emmet G. Sullivan on June 5, 2012. (lcegs2) (Entered: 06/05/2012) |
| 06/06/2012 | | Set/Reset Deadlines: Responses due by 6/8/2012 (clv, ) (Entered: 06/06/2012) |
| 06/08/2012 | 10 | MOTION for Extension of Time to Complete Discovery by NORMAN WILLIAMS (Attachments: # 1 Text of Proposed Order)(Wemhoff, Daniel) (Entered: 06/08/2012) |
| 06/08/2012 | 11 | AFFIDAVIT re 9 MOTION for Leave to Proceed in forma pauperis by NORMAN WILLIAMS. (Wemhoff, Daniel) (Entered: 06/08/2012) |
| 06/22/2012 | | MINUTE ORDER. Upon consideration of 9 Application to Proceed in forma pauperis and 11 Affidavit re Motion for Leave to Proceed in forma pauperis, plaintiff's application is hereby denied. Signed by Judge Emmet G. Sullivan on June 22, 2012. (lcegs2) (Entered: 06/22/2012) |
| 06/22/2012 | 12 | Cross MOTION for Protective Order by ROMARM, S.A. (Attachments: # 1 Exhibit A - Plaintiffs' First Set of Discovery, # 2 Text of Proposed Order)(Malsch, Jeffrey) (Entered: 06/22/2012) |
| 06/22/2012 | 13 | Memorandum in opposition to re 10 MOTION for Extension of Time to Complete Discovery filed by ROMARM, S.A.. (Attachments: # 1 Text of Proposed Order) (Pisciotti, Anthony) (Entered: 06/22/2012) |
| 07/04/2012 | 14 | REPLY to opposition to motion re 12 Cross MOTION for Protective Order filed by NORMAN WILLIAMS. (Wemhoff, Daniel) (Entered: 07/04/2012) |
| 07/11/2012 | 15 | REPLY to opposition to motion re 10 MOTION for Extension of Time to Complete Discovery, 12 Cross MOTION for Protective Order *Reply in Further Support of Defendant's Cross-Motion for Protective Order and Sur-Reply to Plaintiffs' Motion for an Extension of Time to Oppose Defendant's Amended Motion to Dismiss* filed by ROMARM, S.A.. (Porter, James) (Entered: 07/11/2012) |
| 07/19/2012 | 16 | SURREPLY to 14 Reply in further support of Defendant's cross motion for protective order filed by DIANE HOWE, NORMAN WILLIAMS. (jeb, ) (Entered: 07/19/2012) |
| 10/03/2012 | 17 | STRICKEN FROM RECORD PURSUANT TO THE MINUTE ORDER ENTERRED 10/3/12 MOTION to Amend/Correct 1 Complaint, MOTION for Joinder of Parties by DIANE HOWE, NORMAN WILLIAMS (Attachments: # 1 Amended Complaint, # 2 Text of Proposed Order)(znmw, ) Modified on 10/4/2012 |

| | | |
|---|---|---|
| | | (clv, ). (Entered: 10/03/2012) |
| 10/03/2012 | | MINUTE ORDER striking 17 Motion to Amend for failure to comply with Local Civil Rule 15.1 ("A motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended."). Plaintiffs' motion only attaches a document that purports to list what would be added to the current complaint, rather than attaching the amended complaint as a whole. Accordingly, plaintiffs' motion is hereby stricken. Signed by Judge Emmet G. Sullivan on October 3, 2012. (lcegs2) (Entered: 10/03/2012) |
| 01/03/2013 | 18 | MOTION to Transfer Case *Nondispositive Pretrial Matters to a Magistrate Judge* by NORMAN WILLIAMS (Wemhoff, Daniel) (Entered: 01/03/2013) |
| 01/07/2013 | | MINUTE ORDER denying 18 Motion to Transfer Case to a Magistrate Judge. Plaintiffs are directed to file an opposition to defendant ROMARM, S.A.'s Motion to Dismiss by no later than January 18, 2012. Defendant shall file a reply by no later than January 28, 2012. Signed by Judge Emmet G. Sullivan on January 7, 2013. (lcegs2) (Entered: 01/07/2013) |
| 01/07/2013 | | MINUTE ORDER. In the remaining briefing on defendant's motion to dismiss, the parties shall address the effect, if any, of GSS Group Ltd. v. National Port Authority, 680 F.3d 805 (D.C. Cir. 2012) on this case. Signed by Judge Emmet G. Sullivan on January 7, 2013. (lcegs2) (Entered: 01/07/2013) |
| 01/09/2013 | | Set/Reset Deadlines: Response to Dispositive Motions due by 1/28/2013. (clv, ) (Entered: 01/09/2013) |
| 01/09/2013 | | MINUTE ORDER amending January 7, 2013 Minute Order to reflect correct date. Plaintiffs are directed to file an opposition to defendant ROMARM, S.A.'s Motion to Dismiss by no later than January 18, 2013. Defendant shall file a reply by no later than January 28, 2013. Signed by Judge Emmet G. Sullivan on January 9, 2013. (lcegs2) (Entered: 01/09/2013) |
| 01/09/2013 | | Set/Reset Deadlines: Response to Dispositive Motions due by 1/18/2013. Reply to Dispositive Motions due by 1/28/2013. (clv, ) (Entered: 01/09/2013) |
| 01/18/2013 | 19 | Memorandum in opposition to re 2 MOTION to Dismiss *by Defendant* filed by NORMAN WILLIAMS. (Wemhoff, Daniel) (Entered: 01/18/2013) |
| 01/28/2013 | 20 | REPLY to opposition to motion re 6 Amended MOTION to Dismiss filed by ROMARM, S.A.. (Porter, James) (Entered: 01/28/2013) |
| 01/30/2013 | 21 | SURREPLY to *Reply to opposition re 6 Amended MOTION to Dismiss* filed by NORMAN WILLIAMS. (Wemhoff, Daniel) Modified on 1/31/2013 to add docket link (jf, ). (Entered: 01/30/2013) |
| 01/31/2013 | | MINUTE ORDER. It has come to the Court's attention that plaintiff's counsel has been calling and emailing the staff at the Clerk's office to assist him with electronic case filing. Counsel is hereby informed that this is not the responsibility of the staff in the Clerk's office. Should plaintiff have problems with PACER or ECF, he may come to the Clerk's office in person to seek help. He may also seek access to the attorney's lounge, located in the courthouse, which contains resources for electronic case filing. Finally, the Court may be able to direct him to additional ECF/Pacer training opportunities. However, counsel is hereby directed to stop calling and emailing Clerk's Office to ask them to docket his filings. Signed by Judge Emmet |

| | | |
|---|---|---|
| | | G. Sullivan on January 31, 2013. (lcegs4) (Entered: 01/31/2013) |
| 02/04/2013 | 22 | ORDER granting 6 Motion to Dismiss; denying 10 Motion for Extension of Time to Complete Discovery; finding as moot 12 Motion for Protective Order. Signed by Judge Emmet G. Sullivan on February 4, 2013. (lcegs2) (Entered: 02/04/2013) |
| 02/04/2013 | 23 | MEMORANDUM OPINION. Signed by Judge Emmet G. Sullivan on February 4, 2013. (lcegs2) (Entered: 02/04/2013) |
| 02/07/2013 | 24 | NOTICE OF APPEAL TO DC CIRCUIT COURT by NORMAN WILLIAMS. Fee Status: No Fee Paid. Parties have been notified. (Wemhoff, Daniel) (Entered: 02/07/2013) |
| 02/08/2013 | 25 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 24 Notice of Appeal to DC Circuit Court. (jf, ) (Entered: 02/08/2013) |
| 02/11/2013 | | USCA Case Number 13-7022 for 24 Notice of Appeal to DC Circuit Court filed by NORMAN WILLIAMS. (jf, ) (Entered: 02/11/2013) |
| 03/12/2013 | | USCA Appeal Fees received $ 455 receipt number 4616054943 re 24 Notice of Appeal to DC Circuit Court filed by NORMAN WILLIAMS (jf, ) (Entered: 03/13/2013) |
| 03/13/2013 | 26 | Supplemental Record on Appeal transmitted to US Court of Appeals re USCA Appeal Fees ;USCA Case Number 13-7022. (jf, ) (Entered: 03/13/2013) |
| 04/12/2013 | 27 | ORDER of USCA as to 24 Notice of Appeal to DC Circuit Court filed by NORMAN WILLIAMS ; USCA Case Number 13-7022. ORDERED that the motion for leave to proceed on appeal in forma pauperis be referred to the district court for disposition in the first instance. Consideration by this court of the portion of the motion requesting a refund of the filing fee will be deferred pending further order of the court. It is FURTHER ORDERED that this case be held in abeyance pending further order of the court. The Clerk is directed to transmit this order and the motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion. (kb, ) (Entered: 04/25/2013) |
| 04/16/2013 | 28 | MOTION for Leave to Appeal in forma pauperis by NORMAN WILLIAMS. (kb) (Entered: 04/25/2013) |
| 04/25/2013 | | MINUTE ORDER denying without prejudice 28 Motion for Leave to Appeal In Forma Pauperis. Plaintiffs have failed to fully complete the application for leave to proceed in forma pauperis. Specifically, in Section 1, plaintiffs did not fully fill out the worksheet for calculating monthly income and have included numbers calculated on what appears to be both a monthly and yearly basis. In section 4, plaintiffs did not indicate the amount of money (whether zero or otherwise) that they currently hold in bank accounts. In Section 5, plaintiffs did not accurately describe the make and model of their vehicles. In Section 9, it is unclear whether plaintiffs own the house they currently live in. Finally, in Section 10, plaintiffs indicated that they expected "major changes" to their monthly income or their assets and liabilities in the next 12 months but did not explain those changes on a separate sheet as directed by the form. Signed by Judge Emmet G. Sullivan on April 25, 2013. (lcegs2) (Entered: 04/25/2013) |

| | | |
|---|---|---|
| 04/26/2013 | 29 | Supplemental Record on Appeal transmitted to US Court of Appeals re Order denying Motion for Leave to Appeal in forma pauperis, ;USCA Case Number 13-7022. (jf, ) (Entered: 04/26/2013) |
| 05/12/2013 | 30 | MOTION for Reconsideration by NORMAN WILLIAMS (Wemhoff, Daniel) (Entered: 05/12/2013) |
| 05/13/2013 | 31 | Supplemental Record on Appeal transmitted to US Court of Appeals re 30 MOTION for Reconsideration ;USCA Case Number 13-7022. (jf, ) (Entered: 05/13/2013) |
| 05/16/2013 | 33 | ORDER of USCA as to 24 Notice of Appeal to DC Circuit Court filed by NORMAN WILLIAMS ; USCA Case Number 13-7022. ORDERED that this case be held in abeyance pending further order of the court. The appellants are directed to file a motion to govern future proceedings in this case within 15 days of the district courts disposition of the motion to reconsider. (kb, ) (Entered: 05/28/2013) |
| 05/20/2013 | | MINUTE ORDER denying 30 motion for reconsideration. Although plaintiff's revised application for leave to proceed in forma pauperis contains some additional detail about his finances, the Court finds that a separate reason exists to warrant denial of plaintiff's application. Specifically, plaintiff represents that his lawyer, not plaintiff, paid the filing fee and that plaintiff is filing this application in order to "refund" the fee to his counsel. The Court finds that this is not a proper purpose for seeking in forma pauperis status, and the motion is DENIED. Signed by Judge Emmet G. Sullivan on May 20, 2013. (lcegs2) (Entered: 05/20/2013) |
| 05/21/2013 | 32 | Supplemental Record on Appeal transmitted to US Court of Appeals re Order on Motion for Reconsideration,, ;USCA Case Number 13-07022. (jf, ) (Entered: 05/21/2013) |
| 09/02/2014 | 34 | MANDATE of USCA (certified copy) as to 24 Notice of Appeal to DC Circuit Court filed by NORMAN WILLIAMS ; ORDERED and ADJUDGED that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date. USCA Case Number 13-7022. (Attachments: # 1 USCA Opinion) (md, ) (Entered: 09/08/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/08/2014 16:29:04 | | | |
| PACER Login: | pm2003:3014811:0 | Client Code: | 450.25 |
| Description: | Docket Report | Search Criteria: | 1:12-cv-00436-EGS |
| Billable Pages: | 6 | Cost: | 0.60 |