PLAINTIFF'S EXHIBIT 1



Romarm, Timisoara Blvd., no.5B,
district 6, Bucharest,
Postal Code 061301, Romania
Phone.: 004 021 3171971;
004 021 3171983
Fax: 004 021 3171984
E-mail: office@romarm.ro

NO. 5063 / 25. 10. 2011

TO

- Superior Court of the District of Columbia
Civil Division
Indiana Avenue 500, N.W., Suite 5000,
Washington, D.C. 20001, phone no. (202)879-1133
Case No.: 2349-11 NORMAN WILLIAMS vs. ROMARM

- DANIEL WEMHOFF, Esq. #420233
4600 S. Four Mile run Dr.#831
Arlington, VA 22204
(703) 589-2199

We National Company ROMARM S.A. with headquarters in Bucharest, Timisoara Blvd., no. 5B, district 6, postal code 061301, registered at O.R.C. of Bucharest Court with no. J40/10841/27.11.2000, with Unique Registration Code R 13554423, bank account no. RO18RNCB0090 0005 8660 0001 opened at BCR - Lipscani Branch, represented by General Manager Marius Vasile Crisan, respond within the legal complaint filed by NORMAN WILLIAMS, DIANE HOWE, ecc., registered in Superior Court of District of Columbia, Civil Division with No. **2011 CA 2349**.

National Company "ROMARM" is a romanian legal entity, state owned and operates in accordance with the romanian law.

The company aims among other things, the manufacture and marketing of weapons and ammunition, ammunition and military equipment necessary for the national defense system components and other external or internal customers, in terms of competitiveness and profitability.

To achieve the object of activity, our company concludes commercial contracts with external partners, in compliance with the romanian legislation and international law.

From the establishment of the company until now, ROMARM supplied military weapons for government institutions in the United States and weapons for civil use for legal entities - traders based in the U.S. All commercial contracts concluded by N.C. ROMARM. S.A. with external partners regarding the supply of military weapons or for civilian use in the U.S. market have been completed in compliance with the legislation and strict enforcement of national (domestic) and international - BATF rules.

At no time N.C. ROMARM S.A. had signed to provide military weapons for civilian use or with individuals.

We believe that any fault can not be accepted in our task regarding this incident, object of complaint mentioned above, given that we always respected internal and international laws and regulations regarding arms trade.

Anyway, we think it would be useful to solve this issue, if the identification data of those weapons (series and year of manufacture) used in the event that resulted in the death of those involved would be sent to us.

This would be helpful to verify that the weapon in question was produced or not by N.C. ROMARM SA, and if the answer will be positive, we could identify the buyer of the weapons.

Given the above, we assure you of our full support to solve this case.

**GENERAL MANAGER**
**VASILE MARIUS CRISAN**

*[signature]*

**DISTRICT OF COLUMBIA SUPERIOR COURT**
**CIVIL DIVISION**
**JUDGE TODD E. EDELMAN**