UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

NORMAN WILLIAMS, et al.,
5802 Dade St.
Capitol Heights, MD 20743
a resident of Prince Georges County

as Legal Representative of J.H.,
 a deceased minor

    Plaintiffs,

       v.

ROMARM, S.A.,

    Defendant.

Civil Action No.  8:14-cv-03124-TDC

## ORDER GRANTING
## PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT PER FRCP RULE 59 (e) AND MOTION FOR LEAVE TO AMEND COMPLAINT PER FRCP RULE 15 (a)(2) and (c)

IN CONSIDERATION of the Motion to Alter or Amend Judgment per FRCP, Rule 59 (e), and Motion for Leave to Amend the Complaint per FRCP, Rule 15 (a)(2) and (c), filed August 17, 2015, by Plaintiffs' Norman Williams and Diane Howe, as Legal Representatives of J.H., a deceased minor, and Kevin Attaway and Jamel Blakeley, and the Response of the Defendant Romarm, S.A., the Motions are HEREBY GRANTED, in view of curing deficiencies and clarifying matters in the Complaint, and the Amendment not being futile, and not being prejudicial to the Defendant.

   SO ORDERED, this the    day of August 2015.


                United States District Judge Theodore D. Chuang

Copies to:

Daniel Wemhoff, Esq.
4600 S. Four Mile Run, Suite 831
Arlington, VA 22204

John Parker Sweeney, Esq.
T. Sky Woodward, Esq.,
Bradley Arant Boult Cummings, LLP
1615 L St., N.W., Suite 1350
Washington, DC 20036

Anthony M. Pisciotti, Esq.
Jeffrey M. Malsch, Esq.,
Pisciotti, Malsch & Buckley, P.C.
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932