UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

NORMAN WILLIAMS, et al.,

    Plaintiffs,

                                         Civil Action No: 8:14-cv-03124-TDC

    v.

ROMARM, S.A.,

    Defendant.

**RECORD SUPPLEMENT PER 28 USCS SEC 1391(b)**

    Plaintiffs, Norman Williams, et al., (Williams) supplements the record in this case for the purpose of Venue (28 USCS Sec. 1391(b)) based on a Freedom of Information request response from the Maryland State Police. Police records show that the ROMARM, S.A. assault weapon [WASR 10- Serial: CA437670] discharged in the death of J.H., represented by Williams, and injuring Plaintiffs, Attaway and Blakeley, was sold by a licensed Maryland gun dealer, MARYLAND SMALL ARMS RANGE, INC., based in Upper Marlboro, MD, on 4/20/2007, to an unidentified buyer. Exh. A-B. (FOIA Report; Store Advertisement).

    This record supplement further supports Plaintiffs' Motion to Alter or Amend Judgment Per FRCP Rule 59(e) and Motion for Leave to Amend Complaint Per FRCP Rule 15 (a)(2) and (c). *See* Pars. 34-36 (Romarm's agreement with Century Arms, Inc. to sell to the Maryland market.)

                                                            Respectfully submitted,
                                                                  /s/
                                                           Daniel Wemhoff, Esq., Bar No. 09215
                                                           4600 S. Four Mile Run #831
                                                           Arlington, VA 22204
                                                           (703) 589-2199

### Certificate of Service

I hereby certify that OI have served a copy of the above Record Supplement per 28 USCS Sec. 1391(b) to Romarm's attorneys at the law firm of Pisciotti and Malsch, and its local attorney, John Parker Sweeney, by ECF filing on the 22nd of November 2015.

_____/s/_____
Daniel Wemhoff, Esq. Bar No. 09215

# EXHIBIT A

```
FS0401M   (A)   MARYLAND AUTOMATED FIREARMS SERVICES SYSTEM           DATE: 09/11/2015
RECORD # 0001 OF 0001      FIREARM APPLICATION/PURCHASE/TRACE         TIME: 10:40 QRY
FLAG* ORI: MDMSP6011 DATE: 09/11/2015 REQUESTER: M52305                      # FLG: 034
DRIVER ID: ████████████████████████   SOC SEC: ██████████████                SRCH:
NAME       ██████████████████ , ████████████              ████████████████
ST# ████   DIR    NAME ████████████             SFX ██ APT              BLT CTY ██
TOWN/CITY: ████████████████  CNTY: ██ CTY/MUN CODE: ██ STATE: ██ ZIP: ██████
DOB: ██████████  AGE: ██  PLACE OF BIRTH: ████████████        HGT: ████ WGT: ████
RACE: ██ SEX: ██ EYES: ███ HAIR: ███ OCCUPATION: ███████████████         DV: ██
PHONE: HOME ██████████████ WORK ██████████████ COLLECTOR: █ PERM: █ DLER: █
COMMENTS:
********************* APPLICATION INFORMATION *************************
INITIAL INV: 03-29-2007 APP:        MULT-PURCHASE: 0 TRNG/EXMPT CODE: 1
DEALER ID#: 054416 DEALER NAME: MARYLAND SMALL ARMS RANGE, INC
APP FWRD 03 28 2007 APP RCVD INIT 03 28 2007       INITIAL ORI
DISP DT  04 02 2007 DISP CD: ND  MACHN GUN RENEW:
APP DT   03 25 2007 APP RCVD FNL 04 20 2007 GUN XFRD 04 06 2007
COMMENTS:                                  NTN 10WY-BLY        DT 03 29 2007
************************ GUN INFORMATION ******************************
MAKE: ZZZ CALIBER: 0762 TYPE: X FINISH: P BARREL LENGTH: 16    COUNTRY: RU
MODEL: WASR10       SERIAL: CA437670            437- 000001000132498
COMMENTS: MAKE ROMARM                           SHELL CASING RCVD?
UNIQUE NAMES:     1 UNIQUE APPS:    1 UNIQUE GUNS:        1
F1:LST F2:MDE F3:FS00 F4:A/P F5:FS15 F6:GNS                    F12:RST CLR:EXT
```

# EXHIBIT B

    

**Home** › **Shooting Ranges** › **Detail**    





View all photos

# Maryland Small Arms Rar

Upper Marlboro, Maryland

★★★★★ Be the first to review

**Location Type:** Indoor

**Category:** Private

**Shooting Available:** Handgun Indoors, Fully Automatic, N Shooting, Rifle Indoors

**Gun Rental:** Pistols, Revolvers

**Age Requirement:** 21 years

☰ See all Shooting Ranges     💬 Write a Review

**Overview**  |  Business Hours  |  Pricing and Contact Information  |  Rel

## Concealed Carry Mistakes:

The Worst Thing a Permit Holder Can Do & More Concealed Carry Tips:

○ ○

ADVERTISEMENT

# Maryland Small Arms Range